**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IGNACIO DEL RIO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MS. MORGADO et al.,<br><br>　　　　Defendants. | Case No. CV 10-8955-FMO (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files of this case, and the Report and Recommendation of the U.S. Magistrate Judge concerning Defendants Jaggi and Cabreros's January 25, 2013 Motion to Dismiss. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that, pursuant to the Report and Recommendation, Defendants' motion to dismiss is DENIED. Defendants Jaggi and Cabreros are ORDERED to file an Answer to the FAC within 20 days of the issuance of this Order.

DATED: May 8, 2013　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE