I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.3.13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO DEL RIO,<br><br>   Plaintiff,<br><br>  vs.<br><br>MS. MORGADO et al.,<br><br>   Defendant. | ) Case No. CV 10-8955-FMO (JPR)<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 10/3/13

_____
FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY